UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD BARNHOUSE,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C14-5488BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's habeas corpus petition is **DENIED** as he did not name a proper respondent and he is not in custody;

(3)     A certificate of appealability is **DENIED**; and

(4)     This case is closed.

Dated this 6th day of February, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER